IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01915-MEH

MADISON PARK TOWNHOUSES HOMEOWNERS ASSOCIATION,

      Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2015**.

      The Joint Motion to Amend Scheduling Order [filed January 28, 2015; docket #26] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case shall be modified as follows:

b.      Discovery Cut-off: May 1, 2015.

c.      Dispositive Motions Deadline: May 8, 2015.

d.      Expert Witness Disclosure:

      (3)      Expert Designation: March 27, 2015.

      (4)      Rebuttal Expert Designation: April 27, 2015.

f./g.      Deadlines to serve Interrogatories, Requests for Production of Documents, and/or Requests for Admissions: April 1, 2015.