IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01915-MEH

MADISON PARK TOWNHOUSES HOMEOWNERS ASSOCIATION,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2015**.

    The Joint Motion for Protective Order [filed March 3, 2015; docket #31] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.