IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01915-MEH | Date: | September 3, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| MADISON PARK TOWNHOUSES HOMEOWNERS ASSOCIATION | Brandee Bower |
|    Plaintiffs, | |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY | Brendan Powers |
|    Defendant. | |

**COURTROOM MINUTES**
**MOTION HEARING**

**Court in session: 10:38 a.m.**

Court calls case. Appearances of counsel.

[40] MOTION for Summary Judgment filed by Country Mutual Insurance Company is TAKEN UNDER ADVISEMENT.

IT IS ORDERED that the defendant reissue the checks that were discussed on the record within one week. No claims are waived with the reissuance of the checks.

**Court in recess: 11:04 a.m.**   Hearing concluded.
Total in-court time   00:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-2483.