IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01915-MEH

MADISON PARK TOWNHOUSES HOMEOWNERS ASSOCIATION,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation for Dismissal with Prejudice [filed March 16, 2016; docket #53], which the Court construes as filed pursuant to Fed. R. Civ. P. 41(a). The Stipulation states that a settlement has been reached in this matter.

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, and all parties are to pay their own attorney's fees and costs.

Dated at Denver, Colorado this 17th day of March, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge